NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Tyler Andrews (SBN 250686) ; Blake Thomas (SBN 354775)
GREENBERG TRAURIG, LLP
18565 Jamboree Road, Suite 500
Irvine, California 92612
Telephone: 949.732.6500
Facsimile: 949.732.6501
Email: tyler.andrews@gtlaw.com; blake.thomas@gtlaw.com
ATTORNEY(S) FOR: Cross Complainant and Defendant Pinnacle
Health Group LLC and Defendant Arise Treatment Homes LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SAFE HARBOR TREATMENT CENTER FOR WOMEN, INC.,

Plaintiff(s),

v.

PINNACLE HEALTH GROUP LLC, et al.,

Defendant(s)

CASE NUMBER:
25-cv-00703-KES

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Cross Complainant and Defendant Pinnacle Health Group LLC and Defendant Arise Treatment Homes LLC

or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Pinnacle Health Group LLC | Cross-Complainant & Defendant |
| Arise Treatment Homes LLC | Defendant |
| Safe Harbor Treatment Center For Women, Inc. | Plaintiff & Cross-Defendant |

October 6, 2025
Date

/s/ *Blake M. Thomas*
Signature
Blake M. Thomas

Attorney of record for (or name of party appearing in pro per):
Cross Complainant and Defendant Pinnacle Health Group LLC
and Defendant Arise Treatment Homes LLC

CV-30 (05/13)                        **NOTICE OF INTERESTED PARTIES**